IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAN HONARMAND                                          PLAINTIFF

V.                          NO.  4:07CV00680

J.C. PENNEY and TIFFANY JONES                     DEFENDANTS

## ORDER

Pending is Plaintiff's motion for reconsideration of the order denying appointment of counsel. (Docket # 22).  The court denied Plaintiff's original motion for appointment of counsel, docket # 9, and second motion for appointment of counsel, docket # 20.  Plaintiff again asks the Court to appoint legal counsel to represent him in this case.

"Indigent civil litigants do not have a constitutional or statutory right to appointed counsel." *Edgington v. Missouri Dept. of Corrections*, 52 F.3d 777, 780 (8th Cir. 1995).  "The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel, taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the plaintiff's ability to investigate the facts and present his claim." *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996).

The Court finds that this case is not factually or legally complex, and that plaintiff has sufficient ability to present his claim.  The motion for reconsideration (docket #22) is denied.

IT IS SO ORDERED this 24th day of October, 2007.

                                                       _____
                                                       James M. Moody
                                                       United States District Judge