IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAN HONARMAND                                                                                    PLAINTIFF

V.                                        NO. 4:07CV00680

J.C. PENNEY and TIFFANY JONES                                               DEFENDANTS

### ORDER

Pending is Plaintiff's motion for voluntary dismissal, docket # 25, which was filed on November 15, 2007.  On November 16, 2007 Plaintiff submitted to the Clerk of the Court a Complaint Under Title VII alleging a cause of action arising from the same set of facts and against the same defendants as set forth herein.  Accordingly, the Court denies Plaintiff's motion for voluntary dismissal as moot.

The Court will construe Plaintiff's Complaint filed November 16, 2007 as a motion for leave to file an amended complaint and second amended complaint. The motion for leave to file a second amended complaint is granted.  The Clerk is directed to file Plaintiff's November 16, 2007 complaint as Plaintiff's Second Amended Complaint.

Plaintiff is cautioned that he should be familiar with the Federal Rules of Civil Procedure and the local rules of the Court.  Further, Plaintiff is cautioned that forum or judge-shopping is disallowed.

IT IS SO ORDERED this 16th day of November, 2007.

James M. Moody
United States District Judge