**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ALAN HONARMAND**                                                                                         **PLAINTIFF**

**V.**                                              **NO.  4:07CV00680**

**J.C. PENNEY and TIFFANY JONES**                                                  **DEFENDANTS**

<u>**ORDER**</u>

Pending is Defendants' motions to extend the Rule 26(f) conference deadline and report due date, docket # 30, and to dismiss, docket # 31.  On November 16, 2007 the court entered an order denying Plaintiff's motion to dismiss and allowing Plaintiff to file a second amended complaint.  Plaintiff's second amended complaint provides additional information relating to Plaintiff's claims.  Accordingly, the Court finds that Defendants' motion to dismiss should be and hereby is denied, without prejudice to renew.

Defendants' motion to extend the Rule 26(f) conference deadline and report date is granted.  The Rule 26(f) conference deadline is set for January 21, 2008 and the Rule 26(f) report due date is set for February 4, 2008.

IT IS SO ORDERED this 19th day of November, 2007.

_____
James M. Moody
United States District Judge