**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**ALAN HONARMAND**                                                                    **PLAINTIFF**

**V.**                                            **NO.  4:07CV00680**

**J.C. PENNEY and TIFFANY JONES**                                      **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's *pro se* motion to reconsider the Court's dismissal of this action

pursuant to the settlement of the parties.  (Docket #172).  For the reasons stated on the record in

the hearing held on this date, Plaintiff's motion is DENIED.  The settlement reached between the

parties will be enforced.  The Plaintiff is directed to execute a release agreement in exchange for

the payment of the settlement proceeds.  The dismissal of this cause of action, with prejudice,

entered January 11, 2011 remains in effect.  The Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of February, 2011.


James M. Moody
United States District Judge